IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:13CR53-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANNON ALLEN MCMANUS | ) | |
| Defendant. | ) | |

Leave of the Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case as to Defendant Brannon Allen McManus only, without prejudice.

The Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshal Service and the United States Attorney's Office.

**SO ORDERED.**

Signed: May 28, 2014

Richard L. Voorhees
United States District Judge